**Order filed, March 18, 2013.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-13-00176-CV
_____

## IN THE ESTATE OF BILLIE LEE MARTIN, DECEASED, Appellant

---

**On Appeal from the County Court at Law
Waller County, Texas
Trial Court Cause No. P09-52**

---

## ORDER

The reporter's record in this case was due **February 4, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sheila May**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM